IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                            CHAPTER 13 CASE
                                                  NO. 20-31944
Pamela Schofield
    Debtor(s).

---

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

This pleading is being filed and noticed pursuant to M.D. Ala., LBR 9007-1 procedures for the following: Application to Employ Professional Persons pursuant to 11 U.S.C. §327

---

## APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

COMES NOW, the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the Bankruptcy Rules of Procedure and in support of said application states as follows:

The debtor(s) desires to retain C. Brandon Sellers, III of the firm The Sellers Law Firm in Greenville, Butler, County, Alabama, for the specific purpose of recovering damages arising out of a cause of action filed by the debtor(s) against Jimmy Neese, JN Auto Sales. This cause of action is in the nature of a willful violation of stay that occurred on or about October 7, 2020. This attorney was previously retained by the Debtor.

I, C. Brandon Sellers, III, am duly licensed to practice law in the State of Alabama.

I, C. Brandon Sellers, III, was initially employed by the debtor to represent him/her and am familiar with the facts and legal issues involved in the case.

I, C. Brandon Sellers, III, do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

Attached and submitted hereto is an affidavit executed by C. Brandon Sellers, III in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of The Bankruptcy Rules of Procedure. I, C. Brandon Sellers, III have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor and upon granting of this application, the estate, in the representation of the estate in this action.

The debtor has signed a contract with C. Brandon Sellers, III for representation regarding the cause of action. The terms of the contract include 50% of total recovered proceeds, plus reimbursement of out-of-pocket expenses. No money has been paid to the attorney prior to the filing of this Application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter. However, if there is no recovery, C. Brandon Sellers, III acknowledges that the bankruptcy estate of Pamela Schofield shall not be responsible for reimbursement of attorney's fees or for any out-of-pocket expenses.

WHEREFORE, the above premises considered, I move this Honorable Court to authorize the employment of C. Brandon Sellers, III to represent the estate in the cause of action filed by the Debtor. Upon settlement or completion of the cause of action, C. Brandon Sellers, III will apply to the Court for approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

Respectfully submitted this 10th day of December 2020.

*Brandon Sel*
*C. Brandon Sellers, III*

P O Box 432
Greenville, AL 36037
334-382-6907
334-382-7001 FAX
bankruptcy@sellerslawfirm.com

## CERTIFICATE OF SERVICE

I, C. Brandon Sellers, III, certify that I have served a copy of the foregoing APPLICATION TO EMPLOY PROFESSIONAL PERSON on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 10th day of December, 2020.

/s/ Brandon Sellers
C. Brandon Sellers, III

Pamela Schofield, 63 Marli Lane Luverne, AL 36049

Sabrina L. McKinney, Chapter 13 Standing Trustee, via electronic mail

Danielle Greco, Bankruptcy Administrator, via electronic mail