## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

Pamela Schofield
Debtor(s).

CHAPTER 13 CASE
NO. 20-31944

STATE OF <u>ALABAMA</u>
COUNTY OF <u>BUTLER</u>

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

Before me the undersigned authority, a notary public, in and for said state and county, personally appeared C. Brandon Sellers, III, who, being duly sworn by me, deposes and says under oath as follows:

My name is C. Brandon Sellers, III. I am presently affiliated with The Sellers Law Firm whose office is located at 401 E Commerce Street, Greenville, Alabama 36037. I am an attorney duly admitted to the practice of law in the State of Alabama. I was engaged by the debtor to represent her/him regarding a cause of action against Jimmy Neese dba JN Auto Sales on October 8, 2020. The terms of my representation with the debtor are for compensation on a violation of automatic stay fee basis of 50% of total recovered proceeds plus reimbursement of out-of-pocket expenses. However, if there is no recovery, the undersigned acknowledges the bankruptcy estate of Pamela Schofield shall not be responsible for payment of any attorney's fees or for the reimbursement of any out-of-pocket expenses. To date, I have not received any compensation from the debtor or any other entity in connection with my representation. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter. I do not represent or hold any interest

Case 20-31944    Doc 49-1    Filed 12/10/20    Entered 12/10/20 10:20:03    Desc
Affidavit    Page 1 of 2

adverse to the debtor or the estate with respect to the matter upon which I am seeking to be employed.

I have no connection with the Trustee, creditors, Bankruptcy Administrator, or any other parties in interest, the debtor, or their respective attorneys, other than with the representation of the debtor in the lawsuit for which I am applying for my employment as a professional person for this specific purpose.

The facts as stated herein are true and correct in all cases where I have personal knowledge and other remaining facts and opinions are true and correct according to the best of my knowledge, information and belief. I understand that upon completion of this case, by settlement or otherwise, that I must make separate application for the approval of any settlements recovered on behalf of the debtor and/or the estate pursuant to LBR 9007-1. I also understand that I must make a separate application for the approval of my fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

/s/ Brandon Sell
C. Brandon Sellers, III

**STATE OF ALABAMA**
**COUNTY OF BUTLER**

Sworn to and submitted before me on this the 10th day of December, 2020

(Seal)

/s/ Michelle S. McClure
Notary Public
My Commission expires: 9/11/2021