# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Pamela Schofield ,

       Debtor.

Case No. 20‒31944
Chapter 13

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *Credit Central*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007‒1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated December 22, 2020

William R. Sawyer
United States Bankruptcy Judge

In re:                                                                    Case No. 20-31944-WRS

Pamela Schofield                                                          Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: blivingst | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: osobjclm | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4475980 | + Email/Text: bk@creditcentralllc.com | Dec 22 2020 21:28:00 | Credit Central, 1113 East Commerce St., Greenville, AL 36037-2113 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| C. Brandon Sellers | on behalf of Debtor Pamela Schofield bankruptcy@sellerslawfirm.com mmcclure@sellerslawfirm.com |
| C. Brandon Sellers | on behalf of Plaintiff Pamela Schofield bankruptcy@sellerslawfirm.com mmcclure@sellerslawfirm.com |
| Larry E. Darby, Esq | on behalf of Creditor Evjen Mark LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |