UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Pamela Schofield ,

    Debtor.

Case No. 20−31944  
Chapter 13

## ORDER

This case is before the court on the following matter:

**49** − Rule 9007 Motion/Notice/Objection: Application to Employ Professional Persons Pursuant to 11 USC 327 . filed by C. Brandon Sellers on behalf of Pamela Schofield. Responses due by 12/31/2020. (Attachments: # 1 Affidavit) (Sellers, C.)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated January 1, 2021

William R. Sawyer  
United States Bankruptcy Judge

In re:  
Pamela Schofield  
    Debtor(s)

Case No. 20-31944-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 04, 2021      Form ID: ADI9007      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Schofield, 63 Marli Lane, Luverne, AL 36049-5971 |
| cr | + | Evjen Mark, The Darby Law Firm, PO BOX 3905, Montgomery, AL 36109-0905 |
| 4475979 | + | CCS Cortrust Bank, 500 E 60th Street N, Sioux Falls, SD 57104-0478 |
| 4475983 | + | First Premier Bank, 601 South Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 4475984 | + | Georgiana Hospital, P.O. Box 548, Georgiana, AL 36033-0548 |
| 4475986 | + | Instant Cash, 106 East Commerce Street, Greenville, AL 36037-2210 |
| 4485802 | | J N Auto Sales, 1229 Gravel Hill Road, Greenville, AL 36037 |
| 4475987 | + | J N Auto Sales, 1299 Gravel Hill Road, Greenville, AL 36037-5911 |
| 4475989 | + | Larry E. Darby, P O Box 3905, Montgomery, AL 36109-0905 |
| 4475991 | + | Mark Evjen, 18252 Montgomery Highway, Highland Home, AL 36041-3316 |
| 4475996 | + | Sunrise Credit Service, 234 Airport Plaza, Farmingdale, NY 11735-3938 |
| 4477029 | | The Charlotte-Mecklenburg Hospital Authority, PO BOX 71108, CHARLOTTE, NC 28272-1108 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4475975 | + | Email/Text: bankruptcy@speedyinc.com | Jan 04 2021 20:55:00 | AD Astra Recovery, 3607 N Ridge Road, Suite 104, Wichita, KS 67205-1232 |
| 4475976 | + | Email/Text: EBNProcessing@afni.com | Jan 04 2021 20:55:00 | AFNI, P.O. Box 3427, Bloomington, IL 61702-3427 |
| 4475977 | + | Email/Text: bsimmons@amsher.com | Jan 04 2021 20:56:00 | Amsher Collection Service, 4524 Southlake Parkway, Ste 15, Birmingham, AL 35244-3271 |
| 4480248 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2021 21:39:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4504251 | + | Email/Text: bk@creditcentralllc.com | Jan 04 2021 20:56:00 | CREDIT CENTRAL LLC, 700 E NORTH ST STE 15, GREENVILLE SC 29601-3013 |
| 4475978 | + | Email/Text: bankruptcy@usecapital.com | Jan 04 2021 20:56:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 4475980 | + | Email/Text: bk@creditcentralllc.com | Jan 04 2021 20:56:00 | Credit Central, 1113 East Commerce St., Greenville, AL 36037-2113 |
| 4475981 | + | Email/Text: bankruptcy@sccompanies.com | Jan 04 2021 20:54:00 | Dr Leonards/ Carol Wright, 1515 S 21st Street, Clinton, IA 52732-6676 |
| 4475982 | + | Email/Text: bnc@advanceamerica.net | Jan 04 2021 20:55:00 | Express Check Advance, 81 Jameson Lane, Suite C, Greenville, AL 36037-8024 |
| 4475985 | + | Email/Text: bankruptcy@sccompanies.com | Jan 04 2021 20:56:00 | Ginny's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 4475988 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 04 2021 20:55:00 | Jefferson Capital System, P O Box 7999, Saint |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4486877 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 04 2021 20:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4475992 | + | Email/Text: bankruptcy@sccompanies.com | Jan 04 2021 20:56:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4475993 | | Email/Text: bankruptcy.noticing@security-finance.com | Jan 04 2021 20:55:00 | Security Finance, 510 East Commerce St., Greenville, AL 36037 |
| 4475994 | + | Email/Text: bankruptcy@sccompanies.com | Jan 04 2021 20:56:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4475995 | + | Email/Text: bankruptcy@sw-credit.com | Jan 04 2021 20:55:00 | Southwest Credit Systems, 4120 International Parkway, Ste 1100, Carrollton, TX 75007-1958 |
| 4477262 | + | Email/Text: bankruptcy@speedyinc.com | Jan 04 2021 20:55:00 | Speedy/Rapid Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 4479062 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 04 2021 21:39:14 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4475997 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 04 2021 20:56:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 4475998 | + | Email/Text: bankruptcy@westernshamrockcorp.com | Jan 04 2021 20:55:00 | Western Shamrock Corp, 801 S ABE Street, San Angelo, TX 76903-6735 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4475990 | ##+ | Local Finance, 141 Interstate Drive, Greenville, AL 36037-3731 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| C. Brandon Sellers | on behalf of Debtor Pamela Schofield bankruptcy@sellerslawfirm.com mmcclure@sellerslawfirm.com |
| C. Brandon Sellers | |

| | |
|---|---|
| | on behalf of Plaintiff Pamela Schofield bankruptcy@sellerslawfirm.com  mmcclure@sellerslawfirm.com |
| Larry E. Darby, Esq | on behalf of Creditor Evjen Mark LDarbyEsq@knology.net  bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 5