# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In Re:                                                               Case No. 20-31944-WRS
PAMELA SCHOFIELD                           Chapter 13
63 MARLI LANE
LUVERNE, AL 36049

Debtor

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

                           PARADIGM INVESTMENT GROUP
                           ATTN PAYROLL
                           P O BOX 1295
                           OKLAHOMA CITY, OK 73157-2956

The above employer is authorized to pay all future wages to the debtor.

Done this Wednesday, June 30, 2021.

                                                                */s/ William R. Sawyer*
                                                                William R. Sawyer
                                                                United States Bankruptcy Judge

cc: Pamela Schofield